# ATTACHMENT A

COUNTY COURT AT LAW III
# CASE SUMMARY
### CASE NO. 2014-CCL-00593

| | | | |
|---|---|---|---|
| Maria Gonzales | § | Location: | County Court at Law III |
| | § | Judicial Officer: | Gonzales III, David |
| VS | § | Filed on: | 06/12/2014 |
| | § | | |
| Jeffrey Haley, United State Border Patrol and U.S.Home Land Security | | | |

---

### CASE INFORMATION

Case Type: **Injury or Damage-Motor Vehicle**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |

Case Number            2014-CCL-00593
Court                  County Court at Law III
Date Assigned          06/12/2014
Judicial Officer       Gonzales III, David

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | Gonzales, Maria | TREVINO, JERRY J *Retained* 3618825605(W) |
| Defendant | Haley, Jeffrey J. | |
| | Home Land Security | |
| | United State Border Patrol | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/12/2014 | Original Petition (OCA) *Plaintiff's Original Petition and Request for Disclosure* | |
| 06/12/2014 | E-Filing fee Party: Plaintiff Gonzales, Maria | |
| 06/13/2014 | Citation by Certified Mail Party: Plaintiff Gonzales, Maria *(Jeffrey Haley)* ( 7012 3050 0001 1395 8304) | |
| 06/13/2014 | Citation by Certified Mail Party: Plaintiff Gonzales, Maria *(United States Border Patrol)* (7012 3050 0001 1395 8328) *(re-mailed w/ correct address (7012 2920 0001 8746 4889)* | |
| 06/13/2014 | Citation by Certified Mail Party: Plaintiff Gonzales, Maria *(U.S Home Land Security)* (7012 3050 0001 1395 8335) | |
| 06/16/2014 | **Citation By Certified Mail** Haley, Jeffrey J. Returned Unserved 07/15/2014 | |

COUNTY COURT AT LAW III
# CASE SUMMARY
### CASE NO. 2014-CCL-00593

| | |
|---|---|
| 06/16/2014 | **Citation**<br>United State Border Patrol<br>Served: 07/18/2014 |
| 06/16/2014 | **Citation By Certified Mail**<br>Home Land Security<br>Unserved |
| 07/15/2014 | Returned Mail From:<br>    Party: Defendant  Haley, Jeffrey J.<br>    *(Incorrect address)* |
| 07/15/2014 | Returned Mail From:<br>    Party: Defendant  United State Border Patrol |
| 07/24/2014 | Document Filed<br>    *Letter from the United States Department of Justice addressed to Mr. Trevino. alucio* |
| 08/13/2014 | Request Filed<br>    *Service* |
| 08/14/2014 | Citation by Certified Mail(PD)<br>    Party: Plaintiff  Gonzales, Maria |
| 08/14/2014 | **Citation By Certified Mail**<br>US Attorney Kenneth Magidson<br>Unserved |
| 08/14/2014 | Citation by Certified Mail(PD)<br>    Party: Plaintiff  Gonzales, Maria |
| 08/14/2014 | **Citation By Certified Mail**<br>US Attorney General<br>Unserved |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Plaintiff** Gonzales, Maria | |
| Total Charges | 576.00 |
| Total Payments and Credits | 564.00 |
| **Balance Due as of 8/14/2014** | **12.00** |

*Printed on 08/14/2014 at 4:06 PM*

FILED
2014-ccl-593
6/12/2014 5:09:00 PM
Joe G. Rivera
Cameron County Clerk

2014-ccl-593

CAUSE NO. _____

| | | |
|---|---|---|
| **MARIA GONZALES** | § | **IN THE COUNTY COURT** |
| | § | |
| **VS.** | § | **AT LAW NO.** 3 ___ |
| | § | |
| **JEFFREY J. HALEY, UNITED STATES** | § | |
| **BORDER PATROL AND U.S. HOME** | § | |
| **LAND SECURITY** | § | **CAMERON COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION
### AND REQUEST FOR DISCLOSURES

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Maria Gonzales, hereinafter called Plaintiff, complaining of and about

Jeffrey J. Haley, United States Border Patrol and U.S. Home Land Security, hereinafter called

Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, Maria Gonzales, is an Individual whose address is 2352 Frankfurt,

Brownsville, Cameron County, Texas 78720.

3.      The last three numbers of Maria Gonzales' driver's license number is 223.

4.      Defendant Jeffrey J. Haley, an Individual who is a resident of Texas, may be served

with process at his home at the following address: 30848 Fm 14561, San Benito, Cameron County,

Texas 78586.  Service of said Defendant as described above can be effected by personal delivery.

5.      Defendant United States Border Patrol, may be served with process by serving Mr.

Vernell Everett, Civil Process Clerk, Office of the United States Attorney, Western District of

Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216-5597; United States Attorney

1

General by serving U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530; United States Customs and Border Protection, Office of the Chief Counsel by serving Office of the Chief Counsel, 1300 Pennsylvania Avenue, N.W., Washington, D.C., 20530.

6.     Defendant U.S. Home Land Security, may be served by serving Office of the General Counsel, U.S. Department of Homeland Security, Washington, D.C., 20528.

### JURISDICTION AND VENUE

7.     The subject matter in controversy is within the jurisdictional limits of this court.

8.     This court has jurisdiction over the parties because Defendant is a Texas resident.

9.     Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### FACTS

10.    On or about June 21, 2012, Plaintiff was riding in the designated bike lane in the City of Harlingen, Cameron County, Texas. At the above-mentioned date and place, an automobile operated by the Defendant Jeffrey J. Haley, owned by U.S. Home Land Security, negligently exited a private drive off the 1500 block, U.S. Hwy 281, failed to yield right and struck Plaintiff. As a result of Defendant's negligence, the Plaintiff incurred injuries including, but not limited to, injuries to her left thigh and lower back and other parts of her body generally. As a further result of the Defendant's negligence in failing to yield, the Plaintiff sustained injuries which caused medical treatment and the Plaintiff has incurred medical bills and will incur further medical bills into the future.

11.    Defendant was charged and received a traffic citation for "fail to yield from private drive".

2

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT

12.     Defendant had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

13.     Plaintiff's injuries were proximately caused by Defendant's negligent, careless and reckless disregard of said duty.

14.     The negligent, careless and reckless disregard of duty of Defendant consisted of, but is not limited to, the following acts and omissions:

        A.     Negligently, Defendant failed to yield right of way from private driveway;

        B.     Negligently, Defendant failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

        C.     Negligently, Defendant failed to turn the motor vehicle in an effort to avoid the collision complained of;

        D.     Negligently, Defendant failed to keep such distance away from Plaintiff's motor vehicle, as a person using ordinary prudent care would have done;

        E.     Negligently, Defendant failed to not make the turn until Defendant had afforded a reasonable opportunity to Plaintiff's approaching vehicle to avoid a collision.

        F.     Negligently, Defendant failed to apply the brakes to the motor vehicle in a timely and prudent manner and/or wholly failed to apply the brakes in order to avoid the collision in question;

        G.     Negligently, Defendant failed to enter into the intersection only when entering could have been accomplished without interference or collision with other traffic, and specifically, with Plaintiff's motor vehicle.

## EXEMPLARY DAMAGES

15.     Defendant's acts or omissions described above, when viewed from the standpoint of Defendant, at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant had actual,

3

subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

16.     Based on the facts stated herein, Plaintiff requests exemplary damages are awarded to Plaintiff from Defendant.

## DAMAGES FOR PLAINTIFF

17.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer injuries to her left thigh and lower back and other parts of her body generally, and incur the following damages:

A.     Reasonable medical care and expenses in the past. Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

B.     Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

C.     Physical pain and suffering in the past;

D.     Physical pain and suffering in the future;

E.     Physical impairment in the past;

F.     Physical impairment, which, in all reasonable probability, will be suffered in the future;

G.     Loss of earnings in the past;

H.     Loss of earning capacity, which will, in all probability, be incurred in the future;

I.     Loss of Consortium in the past, including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations;

J.     Loss of Consortium in the future including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations;

4

K.    Loss of Household Services in the past;

L.    Loss of Household Services in the future;

M.    Disfigurement in the past;

N.    Disfigurement in the future;

O.    Property damages;

P.    Mental anguish in the past;

Q.    Mental anguish in the future;

R.    Fear of future disease or condition; and

S.    Cost of medical monitoring and prevention in the future.

18.    By reason of all the above, Plaintiff has suffered losses and damages and is entitled to recover damages from the Defendant in an amount of $150,000.00, within the jurisdictional limits of this Court, as well as pre and post judgment interests, all for which request is hereby respectfully made.

### JURY DEMAND

19.    Plaintiff demands a jury trial and tenders the appropriate fee with this Petition.

### REQUEST FOR DISCLOSURE TO DEFENDANT

20.    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, the Defendant is requested to disclose, within fifty (50) days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2(a)-(l).

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause,

5

judgment be entered for the Plaintiff against said Defendant for the following:

(1) for damages and injuries specifically pled herein;

(2) damages in an amount of $150,000.00, within the jurisdictional limits of the Court;

(3) exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code,

(4) together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law;

(5) post-judgment interest at the legal rate,

(6) costs of court; and

(7) such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**LAW OFFICE OF JERRY J. TREVINO**
A PROFESSIONAL CORPORATION
3801 South Padre Island Drive, Suite A
Corpus Christi, Texas 78415
Telephone: (361) 882-5605
Telecopier: (361) 882-8355

Jerry J. Trevino
State Bar No. 2021122
jerryj@jjtlaw.com
Sandra A. Eastwood
State Bar No. 00789274
sandraeastwoodlaw@yahoo.com
Attorneys for Plaintiff

6



Citation for Personal Service - BY CERTIFIED MAIL

## Cause No. 2014-CCL-00593

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a Default judgment may be taken against you.

TO:    Jeffrey J Haley
        30848 FM 14561
        San Benito TX 78586

The **Defendant,** Greeting:

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this Citation before the Honorable County Court at Law III of Cameron County at the Court House of said County in Brownsville, Texas.

Said Plaintiff's Petition was filed in Court,JERRY J TREVINO(Attorney for Plaintiff(s), whose address is 3801 South Padre Island Drive Suite A Corpus Christi TX 78415 on June 12, 2014, in this Case Numbered: 2014-CCL-00593 on the Docket of said Court, and styled:

Maria Gonzales

VS

Jeffrey Haley,United State Border Patrol and U.S.Home Land Security

The nature of Plaintiff's demand is fully shown by a true and correct copy of said accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 16th day of June, 2014.

Joe G. Rivera, County Clerk<br>
Cameron County, Texas<br><br>
By _____, Deputy<br>
Annette Lucio

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY BY MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.<br>Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.<br><br><br>_____<br>NAME OF PREPARER    TITLE<br><br>_____<br>ADDRESS<br><br>_____<br>CITY    STATE    ZIP | I hereby certify that on June 16, 2014, I mailed to DEFENDANT by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.<br><br>CERTIFIED MAIL NO. _7012 3050 0001 1395 8304_<br>RETURN RECEIPT REQUESTED<br>DELIVER TO ADDRESSEE ONLY<br><br>Joe G. Rivera, County Clerk Cameron County, Texas<br><br>By _____, Deputy<br>Annette Lucio |



Citation for Personal Service-GENERAL

Cause No. **2014-CCL-00593**

## THE STATE OF TEXAS

      NOTICE TO DEFENDANT:     You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To:    United State Border Patrol
       Attn: Vernell Everett Civil Process Clerk
       Office of the United States Attorney Western District of Texas
       601 N.W. Loop 410 Suite 600
       San Antonio TX 78516-5597

    the    <u>DEFENDANT, BY AND THROUGH:</u>
         <u>UNITED STATES ATTORNEY GENERAL</u>
         <u>U.S DEPARTMENT OF JUSTICE</u>
         <u>950 PENNSYLVANIA AVENUE N.W</u>
         <u>WASHINGTON, D.C. 20530:</u>

The **Defendant,** GREETINGS:
You are commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosures at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court at Law III of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by JERRY J TREVINO (Attorney for Plaintiff or Plaintiff), whose address is 3801 South Padre Island Drive Suite A Corpus Christi TX 78415 on June 12, 2014, in this case numbered 2014-CCL-00593 on the docket of said court, and styled,

Maria Gonzales

VS

Jeffrey Haley, United State Border Patrol and U.S. Home Land Security

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 16th day of June, 2014.

                        Joe G. Rivera, County Clerk
                        Cameron County, Texas

                        By                , Deputy
                          Annette Lucio

OFFICER'S RETURN

Came to hand on the _____ day of _____, _____, at _____ o'clock and executed (not executed) on the _____ day of _____ _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompany copy of the _____.
Cause of failure to execute this citation is: _____.
FEES serving 1 copy
Total . . . . . . . $_____          Sheriff/Constable _____ _____County, Texas

Fees paid by: _____          By_____, Deputy



Citation for Personal Service - BY CERTIFIED MAIL

**Cause No. 2014-CCL-00593**

**THE STATE OF TEXAS**

NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a Default judgment may be taken against you.

TO:     Home Land Security
        Office of the Chief Counsel
        1300 Pennsylvania Avenue N.W.
        Washington, D.C. 20528

The **Defendant**, Greeting:

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this Citation before the Honorable  County Court at Law III of Cameron County at the Court House of said County in Brownsville, Texas.

Said Plaintiff's Petition was filed in Court,JERRY J TREVINO(Attorney for Plaintiff(s), whose address is 3801 South Padre Island Drive Suite A  Corpus Christi TX  78415 on June 12, 2014, in this Case Numbered: 2014-CCL-00593 on the Docket of said Court, and styled:

Maria Gonzales

VS

Jeffrey Haley, United State Border Patrol and  U.S. Home Land Security

The nature of Plaintiff's demand is fully shown by a true and correct copy of said accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 16th day of June, 2014.

Joe G. Rivera, County Clerk<br>Cameron County, Texas<br><br>By_____, Deputy<br>Annette Lucio

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY BY MAIL |
|---|---|
| Rule 106 (a)(2):  The citation  shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. | I  hereby  certify  that  on  June  16,  2014,  I  mailed  to DEFENDANT by registered mail or certified mail with  delivery restricted to addressee only, return receipt requested, a true copy of  this citation with a copy of the petition attached hereto. |
| **NAME OF PREPARER**          **TITLE** _____ **ADDRESS** _____ **CITY**       **STATE**    **ZIP** | CERTIFIED MAIL NO. 7012 3050 0001 1395 8335 RETURN RECEIPT REQUESTED DELIVER TO ADDRESSEE ONLY<br><br>Joe G. Rivera, County Clerk Cameron County, Texas<br><br>BY_____, Deputy<br>Annette Lucio |



**United States Department of Justice**
United States Attorney
Western District of Texas

---

John F. Paniszczyn
*Assistant United States Attorney*

601 N W Loop 410, Suite 600
San Antonio, Texas 78216

Direct Line: (210) 384-7325
FAX:        (210) 384-7312

July 22, 2014

12
P

Jerry J. Trevino
Law Offices of Jerry J. Trevino
3801 South Padre Island Drive, Suite A
Corpus Christi, Texas 78415
**CMRRR 71791000164208016999**

JUL 24 2014

By:

Re:   *Maria Gonzales v. Jeffrey J. Haley, et al.*
Cause No. 2014-CCL-00593

Dear Mr. Trevino:

On July 18, 2014, this office was served with a copy of your Citation and Original Petition and Request for Disclosures which indicates an action against Jeffrey J. Haley, U.S. Border Patrol and U.S. Homeland Security. We are returning the original citation and petition served on this office for you to serve the correct U.S. Attorney's Office.

Rule 4(i) states that service upon the United States must be made by delivering a copy of the citation and petition to the agency as well as to the U.S. Attorney, or to an Assistant U.S. Attorney or clerical employee designated by the United States District Clerk as having the authority to accept service. The U.S. Attorney's Office for the Western District of Texas is not designated to accept service for cases filed in Cameron County. Cameron County falls under the purview of the U.S. Attorney's Office for the Southern District of Texas.

Service may also be accomplished by mail to the U.S. Attorney's Office by including a copy of the summons and complaint and by addressing the registered or certified mail to the U.S. Attorney, Kenneth Magidson, care of the Civil Process Clerk, Ms. Pam Anderson, 1000 Louisiana, Suite 2300, Houston, Texas 77002. Similar service must also be made upon the U.S. Attorney General in Washington, D.C.

Until service is properly made upon U.S. Border Patrol and U.S. Homeland Security, the time to answer or otherwise respond to the petition does not begin to run.

It is also likely that this case may be removed to the U.S. District Court.  See, 28 U.S.C. § 1442.

If I can be of further assistance, please do not hesitate to call me at 210-384-7325.


                                        Sincerely,

                                        **ROBERT PITMAN**
                                        United States Attorney

                          By:

                                        JOHN F. PANISZCZYN
                                        Assistant United States Attorney

Enclosure

cc:
Keith Wyatt
U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, Texas 77002

Joe G. Rivera
County Clerk
964 E. Harrison Street
Second Floor Administration Bldg.
P.O. Box 2178
Brownsville, TX 78520

FILED
2014-CCL-00593
8/13/2014 2:45:18 PM
Joe G. Rivera
Cameron County Clerk

# LAW OFFICES OF
# JERRY J. TREVINO
### A PROFESSIONAL CORPORATION
3801 SOUTH PADRE ISLAND DRIVE, SUITE A, CORPUS CHRISTI, TEXAS 78415
Telephone: (361) 882-5605     Fax: (361) 882-8355
Toll Free: 1-800-682-5605

JERRY J. TREVINO                                                    SANDRA A. EASTWOOD

August 13, 2014

Mr. Joe G. Rivera
Cameron County Clerk
County Clerk's Office
P. O. Box 2178
Brownsville, Texas 78522

      Re    Cause No. 2014-CCL-593;
           Maria Gonzales vs. Jeffrey J. Haley, United States Border Patrol
           And U.S. Home Land Security

Dear Mr. Rivera:

      Service may be accomplished by certified mail, return receipt requested to the U.S. Attorney's office by including a copy of the summons and complaint to:

      U.S. Attorney Kenneth Magidson
      Care of the Civil Process Clerk, Ms. Pam Anderson
      1000 Louisiana, Suite 2300
      Houston, Texas 77002

And similar service made upon the

      U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      Thank you.  If you have any questions, please feel free to contact my office.

           Yours truly,

           Jerry J. Trevino

JJT/rs



Citation for Personal Service - BY CERTIFIED MAIL

**Cause No.  2014-CCL-00593**

**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:   You have been sued.  You may employ an attorney.  If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a Default judgment may be taken against you.**

TO:     U.S. Attorney Kenneth Magidson
          Care Of The Civil Process Clerk, Ms. Pam Anderson
          1000 Louisiana Suite 2300
          Houston, Texas 77002

The **Defendant,** Greeting:

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request For Disclosure at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this Citation before the Honorable County Court at Law III of Cameron County at the Court House of said County in Brownsville, Texas.

Said Plaintiff's Petition was filed in Court, JERRY J TREVINO(Attorney for Plaintiff(s), whose address is 3801 South Padre Island Drive Suite A  Corpus Christi TX  78415 on June 12, 2014, in this Case Numbered: 2014-CCL-00593 on the Docket of said Court, and styled:

Maria Gonzales

VS

Jeffrey Haley, United State Border Patrol and  U.S. Home Land Security

The nature of Plaintiff's demand is fully shown by a true and correct copy of said accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 14th day of August, 2014.



Joe G. Rivera, County Clerk
Cameron County, Texas

By_____
Deputy      Maribel Hernandez

| U.S. Postal Service™ | CERTIFICATE OF DELIVERY BY MAIL |
|---|---|
| **CERTIFIED MAIL™ RECEIPT** *(Domestic Mail Only; No Insurance Coverage Provided)* For delivery information visit our website at www.usps.com₃ | hereby certify that on August 14, 2014, I mailed to FENDANT by registered mail or certified mail with delivery tricted to addressee only, return receipt requested, a true y of  this citation with a copy of the petition attached eto. |
| Postage   $ | |
| Certified Fee | RTIFIED MAIL NO. _7012292000018746494O |
| Return Receipt Fee (Endorsement Required) | TURN RECEIPT REQUESTED |
| Restricted Delivery Fee (Endorsement Required) | :LIVER TO ADDRESSEE ONLY |
| Postmark Here | . G. Rivera, County Clerk, Cameron County, Texas |
| U.S. Attorney Kenneth Magidson Care Of the Civil Process Clerk, Ms. Pam Anderson 1000 Louisiana, Suite 2300 Houston, Texas 77002 | _____, Deputy Maribel Hernandez |
| PS Form 3800, August 2006     See Reverse for Instructions | |

7012 2920 0001 8746 494O

ORIGINAL

Citation for Personal Service - BY CERTIFIED MAIL

**Cause No. 2014-CCL-00593**

**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a Default Judgment may be taken against you.

TO:     U.S. Attorney General
        U.S. Department Of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC. 20530-0001

The **Defendant**, Greeting:

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition And Request For Disclosure at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this Citation before the Honorable County Court at Law III of Cameron County at the Court House of said County In Brownsville, Texas.

Said Plaintiff's Petition was filed In Court, JERRY J TREVINO(Attorney for Plaintiff(s), whose address Is 3801 South Padre Island Drive Suite A  Corpus Christi TX  78415 on June 12, 2014, In this Case Numbered: 2014-CCL-00593 on the Docket of said Court, and styled:

Maria Gonzales

vs

Jeffrey Haley, United State Border Patrol and  U.S. Home Land Security

The nature of Plaintiff's demand Is fully shown by a true and correct copy of said accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 14th day of August, 2014.

Joe G. Rivera, County Clerk
Cameron County, Texas

By _____
Deputy        Maribel Hernandez



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery Information visit our website at www.usps.com₀

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |

U.S. Attorney General U.S.
Department Of Justice 95C
Pennsylvania Avenue, NW
Washington, DC 20530-0001

7012 2920 0001 8746 4957

PS Form 3800, August 2006          See Reverse for Instructions

**CERTIFICATE OF DELIVERY BY MAIL**

I hereby certify that on August 14, 2014, I mailed to DEFENDANT by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of  this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. _70122920000187464957_
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

Joe G. Rivera, County Clerk Cameron County, Texas

By _____ Deputy
        Maribel Hernandez